RIDGEWOOD–17 ASSOCIATES, INC. v. PLANNING BOARD
OF THE VILLAGE OF RIDGEWOOD.

June 24, 1980.

Petition for certification denied.

CHARLOTTE F. WARD v. VILLAGE OF RIDGEWOOD.

PANTLIN & CHANANIE DEVELOPMENT CORPORATION v.
PLANNING BOARD OF THE VILLAGE OF RIDGEWOOD.

June 24, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES CHARLES.

June 24, 1980.

Petition for certification denied.